# Court of Appeals
# of the State of Georgia

ATLANTA,   December 15, 2015

*The Court of Appeals hereby passes the following order:*

**A16A0584.  BYRON JARRELL FORD v. THE STATE.**

Byron Jarrell Ford pled guilty to several offenses, including aggravated assault, and was sentenced to twenty years with fifteen to serve.  He filed, through counsel, a motion for sentence modification.  At the hearing on the motion, the trial court indicated that it would be denied.  Ford filed a pro se notice of appeal, and the court subsequently entered its order denying the motion.  We lack jurisdiction to consider Ford's appeal.

A criminal defendant does not have the right to represent himself while also being represented by an attorney.  See *Pless v. State*, 255 Ga. App. 95 (564 SE2d 508) (2002).  The record indicates that Ford is still represented by counsel.  Accordingly, his pro se notice of appeal is a nullity, see id., and this appeal is hereby DISMISSED.

As Ford is both represented by counsel and has not been afforded a direct appeal, he is hereby informed of the following in accordance with *Rowland v. State*, 264 Ga. 872 (452 SE2d 756) (1995).  This appeal has been dismissed because of your counsel's failure to file a notice of appeal.  If you still wish to appeal, you may petition the trial court for leave to file an out-of-time appeal.  If the trial court enters an order granting your request, you will have 30 days from the filing date of that order to file a notice of appeal referencing your conviction.  If the trial court enters an order denying your request, you will have 30 days from the filing date of that order to file a notice of appeal referencing the denial of your request for an out-of-time appeal.

The Clerk of Court is directed to send a copy of this order to Ford as well as to Ford's attorney, who is also directed to send a copy to Ford.



*Court of Appeals of the State of Georgia*

   *Clerk's Office, Atlanta,*_____12/15/2015_____

   *I certify that the above is a true extract from*

*the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court*

*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*